PATRICK HICKS, ESQ., Bar # 4632
NEIL ALEXANDER, ESQ., Bar #5202
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169
Telephone:    702.862.8800
Facsimile:    702.862.8811

KARYN M. TAYLOR, ESQ., Bar #6142
NV ENERGY
6100 Neil Road
Reno, NV  89511
Telephone:    775.834.5781
Facsimile:    775.834.4098

Attorneys for Defendant
NV ENERGY, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK JEVACK, | Case No. 2:14-cv-01856-GMN-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |
| NV ENERGY, INC., a Nevada corporation; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MARK JEVACK, through his undersigned counsel, and the Defendant, NV ENERGY, INC., through its undersigned counsel, that the above-captioned matter be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated:  December 24, 2014               By: /s/Karyn M. Taylor
                                              KARYN M. TAYLOR, ESQ.
                                              PATRICK HICKS, ESQ.
                                              NEIL ALEXANDER, ESQ.

                                              Attorneys for Defendant
                                              NV ENERGY, INC.

Dated:  December 24, 2014               By: /s/Kirk Kennedy
                                              KIRK KENENDY, ESQ.

                                              Attorneys for Plaintiff
                                              MARK JEVACK

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  12/30/2014**

2